UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:11cr268-RJC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CONSENT ORDER AND |
| | ) | JUDGMENT OF FORFEITURE |
| v. | ) | (PRELIMINARY) |
| | ) | PENDING RULE 32.2(c)(2) |
| JOHN KNOX BRIDGES, | ) | |
| | ) | |
| Defendant. | ) | |

BASED UPON the defendant's plea of guilty, and finding that there is a substantial nexus between the property listed below and the offense(s) to which the defendant has pled guilty and that the defendant has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States, pursuant to 21 U.S.C. § 853(p), as substitute property in partial satisfaction of the forfeiture money judgment already entered in this case, provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

The following art, turned over by Defendant to the United States Marshals Service during the investigation of this matter:
- One painting, by Charles Kapsner, known as *Autumn, 2003 [K2: Another View]* or some variation thereof;
- One painting, by Charles Kapsner, known as *Everest/K2, What Fortitude* or some variation thereof;
- One drawing, by Ben Long, known as *Lucignano [Landscape]* or some variation thereof;
- One drawing, by Ben Long, known as *Santa Maria della Quercia* or some variation thereof;
- One drawing, by Ben Long, known as *Portrait of Coco* or some variation thereof;
- One drawing, by Ben Long, known as *Fresco Study of Donkey* or some variation thereof;
- One drawing, by Ben Long, known as *Portrait of a Disciple* or some variation thereof;
- One drawing, by Ben Long, known as *Pougnadoresse [France Landscape]* or some variation thereof;
- One drawing, by Ben Long, known as *Drapery Study* or some variation thereof;

- One drawing, by Ben Long, known as *Fresco Study for the Prodigal Son* or some variation thereof;
- Two drawings, by Ben Long, on one sheet of paper, known as *First Concept for St. Paul Fresco* or some variation thereof;
- One drawing, by Ben Long, known as *Matthew [Portrait of a Disciple]* or some variation thereof;
- One drawing, by Ben Long, known as *Fresco Study for Saint Paul* or some variation thereof;
- One painting, by Ben Long, known as *Portrait of Clive* or some variation thereof;
- One painting, by Rebecca King, known as *French Landscape, 2003* or some variation thereof;
- One painting, by Rebecca King, known as *French Landscape, 1999* or some variation thereof;
- One painting, by Rebecca King, known as *French Landscape* or some variation thereof;
- One painting, by Rebecca King, known as *Italian Landscape* or some variation thereof;
- One painting, by Jill Hooper, known as *French Landscape, 2002* or some variation thereof;
- One painting, by Charles Kapsner, known as *Mom's Habaneros [Still Life with Peppers]* or some variation thereof;
- One painting, by Frank Strazzulla, Jr., known as *French Landscape* or some variation thereof;
- One drawing, by Jory Glazener, known as *Italian Landscape [Hillside Town]* or some variation thereof;
- One drawing, by Jory Glazener, known as *Jill Hooper at Work [Italian Landscape]* or some variation thereof;
- One painting, by Robert Crum, known as *Trinita [Still Life with Pears]* or some variation thereof;
- One painting, by Robert Crum, known as *Las Cipollas, Still Life with Onions* or some variation thereof;
- One drawing, by Jory Glazener, known as *Lucignano [Italian Landscape]* or some variation thereof;
- One painting, by Robert Crum, known as *Still Life with Garlic* or some variation thereof;
- One print, number two of 150, by Charles Kapsner, known as *Lilac I* or some variation thereof;
- One drawing, by Jory Glazener, known as *Italian Landscape* or some variation thereof;
- One drawing, by Jonas Daniels, known as *Foyer Communal (Town Hall) [French Landscape]* or some variation thereof;
- One painting, by Amy Dobbs, known as *Spin, 2004 [Self Portrait]* or some variation thereof;
- One painting, by Amy Dobbs, known as *Self Portrait, 2004* or some variation thereof;
- One painting, by Amy Dobbs, known as *Self Portrait, 2002* or some

variation thereof;
- One painting, by Kasey Sealy, known as *Foisac Street Scene [French Landscape]* or some variation thereof;
- One etching, number twenty-seven of 100, by Melanie Fain, known as *Tiger Beetle* or some variation thereof;
- One painting, by Melanie Fain, known as *Jeweled Web [Spider Web]* or some variation thereof;
- One etching, by Melanie Fain, known as *Fireflies* or some variation thereof;
- One etching, number thirty-six of 100, by Melanie Fain, known as *Ladybugs* or some variation thereof;
- One etching, by Melanie Fain, known as *Sunflowers* or some variation thereof;
- One etching, number 122 of 150, by Melanie Fain, known as *Las Tunas* or some variation thereof;
- One etching, number 126 of 150, by Melanie Fain, known as *Chili Pequin* or some variation thereof;
- One drawing, by Ben Long, known as *Lucignano, 2004 [Italian Landscape]* or some variation thereof; and
- One drawing, by Ben Long, known as *Sam Gray, Study for Saint Paul,* or some variation thereof.

2.  If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture; provided, no such notice is required if this order consists solely of a money judgment.

3.  Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and requests for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

4.  Forfeiture of the aforementioned assets shall be included in the defendant's sentence. The value of any forfeited specific assets shall be credited toward satisfaction of the money judgment upon liquidation.

The parties stipulate and agree that the aforementioned asset(s) constitute substitute property of Defendant and are therefore subject to forfeiture under 21 U.S.C. § 853(p). The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant. If the defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this

property, defendant hereby withdraws that claim. If defendant has not previously submitted such a claim, defendant hereby waives all right to do so.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

*/s/ Maria K. Vento for*
BENJAMIN BAIN-CREED
Assistant United States Attorney

*/s/ John Knox Bridges*
JOHN KNOX BRIDGES
Defendant

*/s/ Richard S. Glaser*
RICHARD S. GLASER, ESQ.
Attorney for the Defendant

Signed this the 26T day of July, 2013.

*/s/ Robert J. Conrad*
ROBERT J. CONRAD
UNITED STATES DISTRICT JUDGE