IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. |
| | | DNCW3:11CR268 |
| v. | ) | (Financial Litigation Unit) |
| | ) | |
| JOHN KNOX BRIDGES, | ) | |
| Defendant. | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and Southern Farm Bureau Life Insurance Company
and North Carolina Commissioner of Insurance:

A judgment was entered on August 28, 2013 in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant, John Knox Bridges, whose last known address is XXXXXXXXXXXXXXXXXX, Charlotte, North Carolina 28234, in the sum of $1,533,936.70. The balance owing as of September 30, 2013 is $1,533,936.70.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Southern Farm Bureau Life Insurance Company is commanded to **turn over property** in which Defendant, John Knox Bridges, Social Security Number XXX-XX-7843, has a substantial non-exempt interest, said property being funds located in any and all financial accounts, including all cash-value life insurance policies, held in the name of John Knox Bridges at the following address:  Southern Farm Bureau Life Insurance Company, P.O. Box 78, Jackson, Mississippi 39205, Attention: Susan E. Howell, Senior Associate Counsel.

**SO ORDERED**.

Signed: October 1, 2013

David S. Cayer
United States Magistrate Judge